UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ICN PHARMACEUTICALS,

Plaintiff,

v.

FEDERAL REPUBLIC OF
YUGOSLAVIA,
REPUBLIC OF SERBIA and STATE
HEALTH FUND OF SERBIA,

Defendants.

Civil Action 99-00310
(HHK)

FILED

SEP 1 7 2001

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Before the court is plaintiff's motion to preserve the *status quo* and extend the stay of proceedings (document #25), docketed September 13, 2000. Upon consideration of the motion, the oppositions thereto, and the case record, the court concludes plaintiff's motion should be denied. Accordingly, it is, this 14th day of September, 2001, hereby

**ORDERED** that plaintiff's motion to preserve the *status quo* and extend the stay of proceedings is **DENIED**; it is further

**ORDERED** that this action is "administratively" **DISMISSED** without prejudice.

Henry H. Kennedy, Jr.
United States District Judge